VIRGINIA:

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| TIARRA FAIN | ) |
| | ) |
| Appellant, | ) |
| | ) |
| v. | ) |
| | ) APPEAL NO.: 13-7177 |
| RAPPAHANNOCK REGIONAL JAIL | ) |
| AUTHORITY, et al. | ) |
| | ) |
| Defendants. | ) |

### MOTION FOR VOLUNTARY DISMISSAL UNDER RULE 42

COMES NOW Appellant, by counsel, under Rule 42 of the Federal Rules of Procedure, and moves for the voluntary dismissal of this case. Appellant has spoken with counsel for Appellee, and it is agreed that each side will bear its own costs.

TIARRA FAIN

By: _____/s/_____
William G. Shields
The Shields Law Firm, PLLC
11512 Allecingie Pkwy, Ste C
North Chesterfield, Virginia 23235
804-594-3966
804-594-3855 (fax)
shieldslipp.wgs@comcast.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day in September, 2013, I electronically filed the Motion for Voluntary Dismissal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Alexander Francuzenko, Esq.
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road
Suite 200
Fairfax, Virginia 22030

/s/
William G. Shields