FILED:  September 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 13-7177
(3:12-cv-00293-JAG)

———————————

TIARRA FAIN

   Plaintiff - Appellant

v.

RAPPAHANNOCK REGIONAL JAIL AUTHORITY; SUPERINTENDENT
JOSEPH HIGGS; CORRECTIONAL OFFICER MELISSA STONE;
CORRECTIONAL OFFICER TIM SCHOOLFIELD; CORRECTIONAL
OFFICER REED; CORRECTIONAL OFFICER EARL LEWIS;
CORRECTIONAL OFFICER A. SMITH; CORRECTIONAL OFFICER MARIA
PATTERSON; CORRECTIONAL OFFICER JENNIFER GLUFFRA; JOHN
DOE, #3; JOHN DOE, #4; JOHN DOE, #5; JANE DOE, #3; JANE DOE, #4;
JANE DOE, #5

   Defendants - Appellees

———————————

O R D E R

———————————

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk