FILED: September 13, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-7177
(3:12-cv-00293-JAG)
_____

TIARRA FAIN

       Plaintiff - Appellant

v.

RAPPAHANNOCK REGIONAL JAIL AUTHORITY; SUPERINTENDENT JOSEPH HIGGS; CORRECTIONAL OFFICER MELISSA STONE; CORRECTIONAL OFFICER TIM SCHOOLFIELD; CORRECTIONAL OFFICER REED; CORRECTIONAL OFFICER EARL LEWIS; CORRECTIONAL OFFICER A. SMITH; CORRECTIONAL OFFICER MARIA PATTERSON; CORRECTIONAL OFFICER JENNIFER GLUFFRA; JOHN DOE, #3; JOHN DOE, #4; JOHN DOE, #5; JANE DOE, #3; JANE DOE, #4; JANE DOE, #5

       Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*